■ DAVID SMITH v. AARON EICHLER.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ WILLIAM HEINZELMAN v. COSMOPOLITAN MUTUAL CASUALTY COMPANY of N. Y.— Application denied, with $10 costs, and the stay contained in the order to show cause dated July 22, 1958, is vacated. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ ALBERT B. DAGGETT, as Administrator, et al., v. HYMAN BEREBITSKY et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente and Stevens, JJ.

■ COMMISSIONER OF WELFARE v. RENE LE GUERN.— Motion to dismiss appeal granted. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

## (October 3, 1958)

■ In the Matter of CHARLES L. ENGELSHER, as Director of Parkchester General Hospital, against MORRIS A. JACOBS, as Commissioner of Hospitals.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 15, 1958, with notice of argument for the November 1958 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

## (October 7, 1958)

■ JACK DELINGER, Respondent, v. AMERICAN NEWS COMPANY et al., Appellants.— Order denying defendants' motion to dismiss the complaint for insufficiency unanimously modified on the law so as to dismiss the second cause of action, and otherwise affirmed, without costs. Defendants wrote, published and distributed a magazine article illustrated by a photograph of plaintiff, a physical training instructor, as a candidate for the title of " Mr. Universe — 1956 ". The text of the article contained a discussion in general terms of the relationship between muscular development and virility. Such publication cannot be deemed an actionable use for trade or advertising under sections 50 and 51 of the Civil Rights Law (*Dallesandro* v. *Holt & Co.*, 4 A D 2d 470; *Siegel* v. *Esquire, Inc.*, 4 A D 2d 477; *Oma* v. *Hillman Periodicals*, 281 App. Div. 240). Settle order. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.